UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES – GENERAL

Case No.  LA CV 21-08783-DOC-(KESx)                                   Date: November 15, 2021

Title   D. Kinney v. Alejandro Villanueva, et al.

Present: The Honorable:    DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Present |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    CONSOLIDATING CASES TO LOW NUMBER CASE**

The Court orders this case consolidated with LA CV 21-06003-DOC-(KESx):  People of City of Los Angeles Who Are Un-Housed v. Eric Michael Garcetti et al.

All future filings shall be filed only under the low number case of SLA CV 21-06003-DOC-(KESx): People of City of Los Angeles Who Are Un-Housed v. Eric Michael Garcetti et al.

Case LA CV 21-08783-DOC-(KESx): D. Kinney v. Alejandro Villanueva, et al. is hereby administratively closed. No further filings shall be filed in these cases.

Any party / counsel not listed on the low numbered case LA CV 21-06003-DOC (KESx) shall file a Notice of Appearance in that case.

**Initials of Preparer**   kdu