# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF LOS ANGELES WHO ARE UN-HOUSED WHO RESIDE IN VEHICLES ON PACIFIC COAST, etc., <br><br>PLAINTIFF(S) <br><br>v. <br><br>ALEJANDRO VILLANUEAVA, et al., <br><br>DEFENDANT(S) | CASE NUMBER <br><br>2:21-cv-08783-DOC-KESx <br><br><br> **ORDER RE REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                             United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency             ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____
_____

Comments:

Declaration item 1(b) was left blank. Item 2 also appears incomplete. Plaintiff states that he has no income, but he may not have realized that income sources could include gifts, welfare, and COVID stimulus payments.

_November 15, 2021_____          /s/ - Karen E. Scott_____
Date                             United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☑ GRANTED

☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
                                                    or file and amended IFP Declaration
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
                                                 ^
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

                                 _David O. Carter_____
_November 16, 2021_____
Date                             United States District Judge